**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Nat. Res. Def. Counsel, et al.      *
   **Plaintiff,**
                                    *
   v.                                       Case No. 21-cv-01827
                                    *
Janet Coit, et al.
   **Defendant.**                   *

## MOTION FOR ADMISSION PRO HAC VICE

I, Christopher Gowen, am a member in good standing of the bar of this Court. I am moving the admission of Cari Miyoko Sakashita to appear pro hac vice in this case as counsel for Plaintiff Center for Biological Diversity.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

   State Court & Date of Admission          U.S. Court & Date of Admission
   Please see attachment                    Please see attachment

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  zero (0)  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or ___n/a_____,
is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Chris Gowen | /s/ (signed by Chris Gowen with permission of Cari Miyoko Sakashita) |
| Signature | Signature |
| Christopher Gowen (Bar No. 18511) | Cari Miyoko Sakashita |
| Printed name and bar number | Printed name |
| Gowen Silva & Winograd PLLC | Center for Biological Diversity |
| Office name | Office name |
| 513 Capitol Court N.E., Suite 100 Washington, D.C. 20002 | 1212 Broadway, Suite 800 Oakland, CA 94612 |
| Address | Address |
| (202) 380-9355 | (510) 844-7100 |
| Telephone number | Telephone number |
| (202) 499-1370 | (510) 844-7150 |
| Fax Number | Fax Number |
| cgowen@gowensilva.com | miyo@biologicaldiversity.org |
| Email Address | Email Address |

**Courts to Which Cari Miyoko Sakashita Has Been Admitted and Date of Admission**

| Title of Court | Date of Admission |
|---|---|
| **State Courts** ||
| California State Bar (Bar No. 239639) | 12/07/2005 |
| **Federal Courts** ||
| U.S. District Court for the Northern District of California | 12/29/2005 |
| U.S. District Court for the Northern District of Florida | 11/01/2010 |
| U.S. District Court for the Southern District of California | 11/12/2014 |
| U.S. District Court for the Central District of California | 12/04/2014 |
| U.S. District Court for the District of Columbia | 08/03/2020 |
| U.S. Court of Appeals for the Ninth Circuit | 12/29/2005 |
| U.S. Court of Appeals for the District of Columbia Circuit | 07/31/2007 |
| U.S. Court of Appeals for the Fifth Circuit | 07/06/2010 |